## Laurence M. Fine, Appellant, v. Louis Fox and Leo Fox, Appellees.

### Gen. No. 23,849. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed July 10, 1918.

### Statement of the Case.

Action by Laurence M. Fine, plaintiff, against Louis Fox and Leo Fox, defendants, for the conversion of property. From a judgment for defendants, plaintiff appeals.

EDWARD DROBNIS, for appellant.

No appearance for appellees.

MR. JUSTICE THOMSON delivered the opinion of the court.

### Abstract of the Decision.

1. TROVER AND CONVERSION, § 39*—*when verdict for defendant is proper*. In an action for the conversion of personalty, evidence *held* sufficient to support a verdict for defendant.

2. DISMISSAL, NONSUIT AND DISCONTINUANCE, § 15*—*when request for nonsuit comes too late*. A request for a nonsuit made after the court has stated, in substance, what its finding will be and after it has commenced its formal announcement of its finding, comes too late.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.